# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-51816 AMK
**Case Name:** ROBERTS, JAMES F.
ROBERTS, ETHEL M.
**Period Ending:** 12/31/16

**Trustee:** (520210) KATHRYN A. BELFANCE, TRUSTEE
**Filed (f) or Converted (c):** 07/28/16 (f)
**§341(a) Meeting Date:** 09/13/16
**Claims Bar Date:** 05/05/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 526 Harris Street, Kent, OH 44240-0000, Portage | 51,800.00 | 0.00 | | 0.00 | FA |
| 2 | Harris, Kent, OH 44240-0000, Portage County Land | 7,100.00 | 0.00 | | 0.00 | FA |
| 3 | 8505 Euga Road, Newcomerstown, OH 43832-0000, Gu | 14,715.00 | 0.00 | | 0.00 | 1.00 |
| 4 | Checking: Key Bank | 860.98 | 0.00 | | 0.00 | FA |
| 5 | Household goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Aparrel | 850.00 | 0.00 | | 0.00 | FA |
| 7 | 2009 Ford Escape 4x2, 90,365 miles. Entire prope | 7,830.00 | 0.00 | | 0.00 | FA |
| 8 | 2010 PSD USA 300UT, All purpose vehicle - Off Ro | 1,500.00 | 1.00 | | 0.00 | 1.00 |
| 9 | 2006 Chevrolet Silverado, 313,292 miles. Entire | 5,218.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets** Totals (Excluding unknown values) | **$91,073.98** | **$1.00** | | **$0.00** | **$2.00** |

**Major Activities Affecting Case Closing:**

1/16/17-
TRUSTEE TO REVIEW DEBTORS ATV FOR NON-EXEMPT EQUITY.
TRUSTEE TO REVIEW REAL ESTATE LOCATED AT 8505 EUGA ROAD.

Printed: 01/27/2017 12:07 PM
V.13.28

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-51816 AMK  
**Case Name:** ROBERTS, JAMES F.  
ROBERTS, ETHEL M.  
**Period Ending:** 12/31/16

**Trustee:** (520210) KATHRYN A. BELFANCE, TRUSTEE  
**Filed (f) or Converted (c):** 07/28/16 (f)  
**§341(a) Meeting Date:** 09/13/16  
**Claims Bar Date:** 05/05/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  **Current Projected Date Of Final Report (TFR):** December 31, 2017