# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 16-51816
**Case Name:** ROBERTS, JAMES F.
ROBERTS, ETHEL M.

**For Period Ending:** 12/31/2018

**Trustee Name:** (520210) KATHRYN A. BELFANCE
**Date Filed (f) or Converted (c):** 07/28/2016 (f)
**§ 341(a) Meeting Date:** 09/13/2016
**Claims Bar Date:** 05/05/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 526 Harris Street, Kent, OH 44240-0000, Portage | 51,800.00 | 0.00 | | 0.00 | FA |
| 2 | Harris, Kent, OH 44240-0000, Portage County Land | 7,100.00 | 0.00 | | 0.00 | FA |
| 3 | 8505 Euga Road, Newcomerstown, OH 43832-0000, Gu | 14,715.00 | 0.00 | | 0.00 | 1.00 |
| 4 | Checking: Key Bank | 860.98 | 0.00 | | 0.00 | FA |
| 5 | Household goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Aparrel | 850.00 | 0.00 | | 0.00 | FA |
| 7 | 2009 Ford Escape 4x2, 90,365 miles. Entire prope | 7,830.00 | 0.00 | | 0.00 | FA |
| 8 | 2010 PSD USA 300UT, All purpose vehicle - Off Ro | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | 2006 Chevrolet Silverado, 313,292 miles. Entire | 5,218.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$91,073.98** | **$0.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

1/16/17-
TRUSTEE TO REVIEW DEBTORS ATV FOR NON-EXEMPT EQUITY.
TRUSTEE TO REVIEW REAL ESTATE LOCATED AT 8505 EUGA ROAD.
12/31/17-
TRUSTEE TO FILE COMPLAINT TO SELL.
12/31/18-
Complaint to be filed. Debtor is unable to redeem the interest in the real estate.

**Initial Projected Date Of Final Report (TFR):** 12/31/2017     **Current Projected Date Of Final Report (TFR):** 06/30/2019

01/25/2019
Date

/s/KATHRYN A. BELFANCE
KATHRYN A. BELFANCE